UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JANICE SUTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:24-cv-00120-WMR |
| JONATHON MASON, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO CONTINUE SUMMARY JUDGMENT HEARING**

Defendant Jonathon Mason, through counsel, informs the Court that he does not oppose Plaintiff's motion to continue summary judgment hearing. Doc. 38. Counsel for Defendant respectfully requests that if the motion is granted, that a new hearing date be scheduled after November 20, 2025, due to previously scheduled matters in counsel's other cases.

    Respectfully submitted,

    CHRISTOPHER M. CARR    112505
    Attorney General

    LORETTA L. PINKSTON-POPE  80385
    Deputy Attorney General

    ROGER A. CHALMERS    118720
    Senior Assistant Attorney General

        /s/ Jason H. Kang        759836
JASON H. KANG
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Jason H. Kang
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3559
Fax: (404) 651-5304
Email: jkang@law.ga.gov

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.D

I certify that the foregoing brief conforms to the requirements of L.R. 5.1C. The brief is prepared in 14-point Times New Roman font.

/s/ Jason H. Kang

## CERTIFICATE OF SERVICE

I certify that I have on this day served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 17th day of October, 2025.

/s/ Jason H. Kang